IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

SAM BERNARD LUCCHESE, III                    15-01781-5-SWH
                                              Chapter 13


### RESPONSE TO OBJECTION TO CLAIM

    **COMES NOW,** Selene Finance, LP Servicer for Christina Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 by and through undersigned Counsel, and hereby responds to the Debtor's objection to claim Selene Finance, LP requests that this matter be set for hearing while it investigates the claims made by the Debtor and gathers documentation to support its Proof of Claim.

    This the 12th day of October, 2015.

                                              */s/ William P. Harris*
                                             William P. Harris
                                             N.C. State Bar No.: 48633
                                             Attorney for Creditor
                                             Selene Finance, LP
                                             SHAPIRO & INGLE, L.L.P.
                                             10130 Perimeter Parkway, Suite 400
                                             Charlotte, NC 28216
                                             ncbkmail@shapiro-ingle.com
                                             Phone: (704) 333-8107
                                             Fax: (704) 333-8156


06-79039

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

SAM BERNARD LUCCHESE, III             15-01781-5-SWH
                                       Chapter 13

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Sam Bernard Lucchese, III
514 Daniels Street #263
Raleigh, NC 27605

(Served via Electronic Notification Only)
Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

(Served via U.S. Mail and Electronic Notification)
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

This the 12th day of October, 2015.

/s/ William P. Harris
William P. Harris
N.C. State Bar No.: 48633
Attorney for Creditor
Selene Finance, LP
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

06-79039