**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

**IN RE:**

| | |
|---|---|
| **SAM BERNARD LUCCHESE, III** | **15-01781-5-SWH** |
| **DEBTOR(S)** | **CHAPTER 13** |

_____

**MOTION FOR CONTINUANCE**

    **COMES NOW** Selene Finance, LP Servicer for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 20 13-10, through counsel, with consent of Debtors' counsel, and moves this court to continue the hearing on Debtor's Objection to Claim currently scheduled for November 19, 2015.The hearing will be continued until a later date to be set by this Court.

    **WHEREFORE,** Selene Finance, LP prays the Court to continue the hearing on Debtor's Objection to Claim.

    This the 17th day of November, 2015.

    */s/William P. Harris*
    William P. Harris
    Attorney for Creditor
    N.C. Bar No.:  48633
    10130 Perimeter Parkway, Suite 400
    Charlotte, NC 28216
    ncbkmail@shapiro-ingle.com
    Phone: (704) 333-8107
    Fax: (704) 333-8156

06-79039

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
   SAM BERNARD LUCCHESE, III            15-01781-5-SWH
   DEBTOR(S)                                                    CHAPTER 13

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Sam Bernard Lucchese, III
514 Daniels Street #263
Raleigh, NC 27605

(Served via U.S. Mail)
Jennifer W Lucchese
2904 Lake Boone Pl
Raleigh, NC 27608

(Served via Electronic Notification Only)
Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

(Served via U.S. Mail and Electronic Notification)
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

    This the 17th day of November, 2015.

                                               */s/William P. Harris*
                                               William P. Harris
                                               N.C. Bar No.:  48633
                                               SHAPIRO & INGLE, L.L.P.
                                               10130 Perimeter Parkway, Suite 400
                                               Charlotte, NC 28216
                                               ncbkmail@shapiro-ingle.com
                                               Phone: (704) 333-8107
                                               Fax: (704) 333-8156

06-79039